NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER
Nathan A. Oyster (SBN 225307)
E-mail: noyster@bwslaw.com
Caylin W. Jones (SBN 327829)
E-mail: cjones@bwslaw.com
Ryane C. Skinner (SBN 356970)
E-mail: rskinner@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, 40th Floor
Los Angeles, California 90071-2942
Tel: 213.236.0600 Fax: 213.236.2700

ATTORNEY(S) FOR: Defendant COUNTY OF SAN BERNARDINO

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

TYESHA MOODY, individually and as successor- in-interest to Decedent, Jaque Rabon; and ROBERT RABON, individually and as successor-in-interest to Decedent, Jaque Rabon,

Plaintiff(s),

v.

COUNTY OF SAN BERNARDINO; and DOES 1 through 10, inclusive,

Defendant(s)

CASE NUMBER:
5:26-cv-04811-SSS-SPx

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1)**

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Defendant COUNTY OF SAN BERNARDINO or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| TYESHA MOODY, | Plainitff |
| ROBERT RABON | Plaintiff |
| COUNTY OF SAN BERNARDINO | Defendant |

October 1, 2026 Caylin W. Jones

Date

Signature
/s/ Caylin W. Jones

Attorney of record for (or name of party appearing in pro per):

Defendant COUNTY OF SAN BERNARDINO